Michael George, son of Fitzpatrick
Creditor
217 Cedar st. #118
Sandpoint, Idaho
C/o non-domestic

United States District Court
District of Idaho

| | |
|---|---|
| United States Of America | Case# CR-10-0089-EJL |
| plaintiff, | |
| vs. | **Alleged Defendant's Proposed Voir Dire** |
| Michael George Fitzpatrick, | |
| defendant | |

TO:     WENDY J. OLSON, UNITED STATES ATTORNEY
         TRACI J. WHELAN, ASSISTANT UNITED STATES ATTORNEY
         **LORI HENDRICKSON, DEPARTMENT OF JUSTICE, TAX DIVISION**

Now Comes Michael George Fitzpatrick, alleged defendant, requests leave to orally tender supplemental questions as may be necessitated by the answers of the prospective jurors.

1. Have any of you, your relatives, neighbors, and or friends ever been told you MUST pay your "fair share" when relating to income taxes?
2. Do you think a "fair share" is evidence someone must pay taxes or just an opinion?
3. Have you ever seen facts proving that or just opinions?
4. Do any of you receive benefits and privileges that are supported or provided by the collection of taxes?
5. Are any of you dependent in any way on the money taken by the federal government under the guise of taxation?
6. Do any of you work for a government, local, state or federal or have jobs dependent on government contracts?
7. Do any of you have family or friends who work for a government, local, state or federal?
8. Do you think taking property by force is stealing?
9. Are you aware that the factual acts of taxation and stealing are identical? It's the forcible taking of property.

10. If I forcibly took your property would you consider that stealing?
11. What if someone else took your property by force, would you consider it stealing?
12. What if the man forcibly taking your property said they worked for the federal government, would you still consider it stealing?
13. Should services be provided to the market on a coercive basis, pay or be punished?
14. Have you ever considered the fact the US government, the same people who coerced you here today, have no voluntary support, that all support is coerced, that being taxation? You pay or you go to jail?
15. Do any of you assume the laws of the plaintiff United States apply to me?
16. Do any of you have any bias or prejudice against me because the judge has coerced you to participate in these proceedings?
17. So the fact you were threatened with jail, and are here still under threat of jail, doesn't cause any negative feeling or views?
18. Do any of you believe that I can be innocent of tax evasion regardless of the lack of evidence that the codes and laws specifically apply to me?
19. Did this lawyer (point to judge) did coerce you to be here today?
20. Were you coerced here today so these other lawyers can prosecute me?
21. So you were not treated as an adult, these lawyers didn't invite you here, they resorted to coercion, and you have no bias against me despite the coercion?
22. Do you presume I am innocent?
23. By presuming me innocent, do you presume the laws of the plaintiff United States do not apply to me until it is proven beyond a reasonable doubt with facts?
24. Do you believe you have ever seen factual evidence that statutes and codes apply to me personally?
25. If no witness has testified under oath with first hand knowledge to provide facts that statutes and codes are applicable to me, would you still presume me innocent?
26. Do you hold objective standards of proof?
27. Do you bring your own sense of right and wrong here today and will base your decision on that?
28. Will you stand by your own sense of right or wrong or defer to what these lawyers, the ones who have coerced you here today, tell you to say or think?
29. Does your political affiliation prejudice you to believe tax codes and laws are applicable to me?
30. Are you aware there are people that are non-taxpayers?
31. Do you believe everyone is a taxpayer and must pay taxes?
32. Do you pay taxes?
33. Do you think a coercive system is fair?
34. Like everyone I know, are you also afraid of the IRS?
35. Do you pay federal taxes because you know if you don't you can go to jail?
36. Are you aware like the rest of us, any support you give the federal government is coerced?

37. Do you understand the single fact taxation is coercive there are no facts anyone is actually required to pay taxes? The violence negates the need for facts, which is why these lawyers have refused to discuss the facts, they know there are none. Violence replaces the need for evidence.
38. The prosecution's only evidence is that I am forced to pay and I didn't, do you accept that as valid, that coercion is actually evidence I'm required to do what they say?
39. Are you aware of studies showing that such a system of coercion tends to make people involved sadistic, such as the Stanford Prison Experiment, that within six days of having coercive control over someone else, sadism was exhibited?
40. Are you aware that when coercive control is exercised over people, there is a lack of empathy over the victims, such as demonstrated here in the this lawyer (point to judge) doesn't care about you enough to invite you to participate, his first and only course was coercion.
41. Are you aware of the Milgram Experiment which proved people are obedient to authority figures 67-91% of the time? That they will traumatize others at the request of an authority figure?
42. Do you see a problem with the fact the judge is forcing me to answer the prosecutor's complaint while he's supposed to be independent? Do you think the judge is really independent when he's forcing us to participate on behalf of the prosecutor?
43. So the fact the judge is forcing me, on the prosecution's behalf, to participate, doesn't concern you at all about the fairness of these proceedings?
44. Are you a violent person by nature or by virtue of being forced to be here today? So being violent, or having no problem with such violence/coercion you think you can be still be fair and impartial?
45. What do you think of politicians, do you think they are honest, respectable people?
46. Should be punished because they did not comply with the demands of politicians?
47. Are you afraid of the government?

Jury Instructions:


Every element of a crime has to be proven beyond a reasonable doubt, including applicability of the law by clear and convincing evidence, not legal opinions. The laws do not apply to me until the prosecution provides clear and convincing evidence the statutes and codes apply to me.

Dated: 8/31/2012

Respectfully Submitted,
Mike Fitzpatrick

Certificate of service to:

WENDY J. OLSON, UNITED STATES ATTORNEY
TRACI J. WHELAN, ASSISTANT UNITED STATES ATTORNEY
LORI HENDRICKSON, DEPARTMENT OF JUSTICE, TAX DIVISION