Michael George, son of Fitzpatrick
Creditor
217 Cedar st. #118
Sandpoint, Idaho

U.S. COURTS

SEP 06 2012

Rcvd____ Filed____ time 2:55 mail
ELIZABETH A. SMITH, CLERK

United States District Court
District of Idaho

| | |
|---|---|
| United States Of America </br>    plaintiff, </br>vs. </br>Michael George Fitzpatrick, </br>    defendant | Case# CR-10-0089-EJL </br></br>**Motion to strike opposition to motion to dismiss** |

    Now Comes Michael George Fitzpatrick, alleged defendant, who moves this court to strike the opposition filed against my motion to dismiss. The opposition is a non-responsive copy and paste job. Grounds are further set forth below.

    1. <u>Non-responsive copy and paste job</u>. I raised issues of fact and Ms. Mellen responds by copy pasting legal arguments not raised. For example: "Claims that individuals are not citizens of the United States and not subject to federal taxation…The Internal Revenue Code defines a "person" as an individual…" page 3.

    I raised no such arguments in my motion to dismiss.

    2. <u>Sufficient facts not plead nor disclosed</u>. This is not just the sufficiency of the indictment, but whether there is sufficient evidence during pretrial to justify a trial. Ms. Mellen's response neglects the fact we are well past the initial pleading stage.

    Even using her copy & paste response the indictment fails. Ms. Mellon cites: "the indictment must contain the elements of the offence charged…" Ms. Mellen knows these are statutory offences

i.e., 26 USC §§ 7201 and 7203; yet the indictment, and discovery to date, contain no allegations and facts proving the statutes are applicable.

When questioned on the phone last week, the prosecution cannot be specific about any witnesses and facts they rely on proving the code is applicable. All Ms. Mellen and the prosecution have to offer are opinions and citations, not facts and competent witnesses. Prosecutor opinions are not admissible or substitutes for facts:

> "[C]onclusory allegations or legal conclusions masquerading as factual conclusions will not suffice to prevent a motion to dismiss." Fernandez-Montes v. Allied Pilots Ass'n, 987 F.2d 278, 284 (5th Cir. 1993)."

Ms. Mellen's entire response consists of legal opinions and no factual references. When we include discovery, including the call last week, the prosecution relies only on opinion and argument for jurisdiction and essential elements of the alleged statutory offences; that is insufficient to bring to trial:

> "By going outside the evidence, the prosecutor "violated a fundamental rule, known to every lawyer, that argument is limited to the facts in evidence." United States ex rel. Shaw v. De Robertis, 755 F.2d 1279, 1281 (7th Cir.1985)." United States v. Fearns, 501 F.2d 486, 489 (7th Cir.1974) UNITED STATES of America, Plaintiff-Appellee, v. Norman Harrington WILSON, a/k/a Stormin Norman, Defendant-Appellant. UNITED STATES of America, Plaintiff-Appellee, v. William David WILSON, a/k/a Pudgie, Defendant-Appellant. UNITED STATES of America, Plaintiff-Appellee, v. William Correy TALLEY, a/k/a Rat Rat, Defendant-Appellant. United States v. Handman, 447 F.2d 853, 856 (7th Cir. 1971); see United States v. Jackson, 485 F.2d 300, 303 (7th Cir. 1973); United States v. Grooms, 454 F.2d 1308, 1312 (7th Cir. 1972).

This court is supposed to presume my innocence. Because these are statutory allegations, the applicability of the statutes, being an essential element as is jurisdiction, the assigned judge, must presume my innocence, that they do not apply until the prosecution has presented facts proving they are applicable.

Legal opinions/citations/arguments are not facts and do not prove anything and will not suffice to prevent a motion to dismiss." While Fernandez-Montes is a civil case citation, the principal is sound

and applicable here. And unless in criminal proceedings, where the burden is beyond a reasonable doubt, opinion and argument may now take the place of facts, the principal stands: opinions are not facts, regardless of how many times US attorneys have been permitted to bring people to trial before on just argument.

Relief requested. Based on the foregoing, the court should reject Ms. Mellon's non-responsive copy & paste opposition.

NOTICE OF SERVICE:

WENDY J. OLSON, UNITED STATES ATTORNEY

TRACI J. WHELAN, ASSISTANT UNITED STATES ATTORNEY

LORI HENDRICKSON, DEPARTMENT OF JUSTICE, TAX DIVISION

Respectfully Submitted,

MICHAEL GEORGE FITZPATRICK,

Dated: 09/05/2012