# JURY TRIAL – Day Six

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: Edward J. Lodge  
Deputy Clerk: Anne Lawron  
Court Reporter: Lisa Yant  

Date:  09/19/2012  
Case No.  CR10-0089  
Time:   30 min (Jury out 8:30 to 1:45)  
Location:   Coeur d'Alene  

| UNITED STATES OF AMERICA | Lori Hendrickson, Erin Mellen |
|---|---|
| Government | Attorney for Government |

vs.

| MICHAEL GEORGE FITZPATRICK | appearing Pro Se |
|---|---|
| Defendant | |

8:30AM   Jury present and continue deliberating.    Defendant's standby counsel, Colin George present.

(X )   Jury Question No. 2 (approximately 11AM) The Court's proposed response reviewed with counsel.  Defendant objects.  Objection overruled and the response was sent back to the Jury.  (5 min)

Jury Question No. 3 – (approximately 11:45AM)  reviewed with counsel.  Jury instruction No. 42 given.

Jury Question No. 4 – 12:40PM

The Court was notified of a deadlock as to Counts 1 and 2.  Jury polled.
As to Counts 3 and 4 a verdict was reached.  Defendant found guilty of both Counts 3 and 4.

Jury trial reset on Counts 1 and 2 to begin 11/06/2012 at 9:30AM.
Sentencing on Counts 3 and 4 set 12/03/2012 at 4:30PM.
   Original report due to parties 10/29/2012
   Any objections due 11/12/2012
   Final report due to Court and Parties 11/26/2012.

Defendant released on previous order of release with the addition of Electronic Monitoring, cost to be paid by the defendant.  Travel restricted to the District of Idaho and Spokane WA to consult with counsel.

All exhibits returned to counsel.