UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>MICHAEL GEORGE FITZPATRICK,<br><br>        Defendant. | CASE NO: CR10-0089-N-EJL<br><br>VERDICT |

We, the jury empaneled in the above-entitled action, unanimously find as follows:

### COUNT ONE

As to the charge of Attempted Evasion of Individual Income Tax for the 2003 tax year, in violation of 26 U.S.C. § 7201 the Defendant, Michael George Fitzpatrick

_____ Not Guilty            _____ Guilty

### COUNT TWO

As to the charge of Attempted Evasion of Individual Income Tax for the 2004 tax year, in violation of 26 U.S.C. § 7201 the Defendant, Michael George Fitzpatrick

_____ Not Guilty            _____ Guilty

## COUNT THREE

As to the charge of Failure to File a Corporate Income Tax Return for the 2004 tax year as to Dynamic Solutions, Inc., in violation of 26 U.S.C. § 7203 the Defendant, Michael George Fitzpatrick

_____ Not Guilty          _X_ Guilty

## COUNT FOUR

As to the charge of Failure to File a Corporate Income Tax Return for the 2004 tax year as to NAES, Inc., in violation of 26 U.S.C. § 7203 the Defendant, Michael George Fitzpatrick

_____ Not Guilty          _X_ Guilty

Sept 19, 2012
Date