Dft Fitzpatrick's
Proposed Jury Instruction

Attach to Minutes of 9/18/2012
CR10-00089

# Jury Instructions

Please base you decision on FACTS! Are you ~~convinced~~ Aware that one of two elements to any alleged crime is Applicability. Did you see proof, facts, or evidence of ANY of the statutes or codes that were/are Applicable to me?