U.S COURTS

OCT 0 2 2012

Rcvd_____ Filed_____ Time 9:28
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

1    Michael George Fitzpatrick
     217 Cedar St. #118
2    Sandpoint, Idaho
     C/o Non-Domestic
3

UNITED STATES DISTRICT COURT

4                           DISTRICT OF IDAHO


5    UNITED STATES OF AMERICA,        )
                                      )
6            Plaintiff,               )    CR-10-0089-EJL
                                      )
7        vs.                          )    Motion to Court of Indigent Status for
                                      )    Financial Aid
8    MICHAEL GEORGE FITZPATRICK,      )
                                      )
9            Defendant.               )
                                      )
     _____

10   TO:    Judge Lodge


11           Comes now, Michael George Fitzpatrick, a man who has been verified

12   homeless for 4 years, unable to work outside the home, without transportation,

     a father of two teenage home-schooled daughters, without any substantial
13
     revenue resources that are sustainable.

14   This is a request for aid in my case for financial relief. The first item is

     complying with the courts order for payment of required supervision. The court
15

                                        1

16

1   did not disclose to me at that time of stipulation I needed to have a land line

2   phone as part of the electronic monitoring system. The fact of that cost of $100

    monthly will be a strain to our household as I use a "pre-paid" wireless phone

3   at the cost of $45 a month and there have been some months I was not able

4   to maintain that phone continually. Secondly, the cost of a cell monitoring

    service at twice that cost is even more difficult for obvious reasons.

5

6   I will be willing to get a land line out here as soon as possible to comply with

    the courts orders, and would at least request some additional time to allow for

7   installation and securing resources to make necessary payments. I would ask

8   the court to pay for the first 6 weeks of monitoring by cell phone.

9

    I would also request transcripts from the case already heard on September

10   10th-19th. There are items necessary to review that are vital to my case.

    Thank you for your consideration and assistance in these matters. Please know

11   it is my wish to comply with all court orders.

12   MICHAEL GEORGE FITZPATRICK,

13

14

    Dated:        10/01/2012

15

16

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

Respectfully Submitted,

3