```
                                              U.S. COURTS

                                              DEC 20 2012

  1   Fitzpatrick; Michael George            Rcvd____ Filed____ Time____
      217 Cedar St. #118                      ELIZABETH A. SMITH, CLERK
                                              CLERK, DISTRICT OF IDAHO
  2   Sandpoint, Idaho
      C/o-Non Domestic

  3


  4                    UNITED STATES DISTRICT COURT
                            DISTRICT OF IDAHO

  5

      UNITED STATES OF AMERICA,      )
  6                                  )
              Alleged Plaintiff,     )   2:-10-CR-0089-N-LAB
  7                                  )   Demand for termination and or recusal
         vs.                         )
  8                                  )
      MICHAEL GEORGE FITZPATRICK,    )
  9                                  )
              Alleged Defendant.     )
 10   _____)

      TO:  WENDY J. OLSON, UNITED STATES ATTORNEY
 11        TRACI J. WHELAN, ASSISTANT UNITED STATES ATTORNEY
           LORI HENDRICKSON, DEPARTMENT OF JUSTICE, TAX DIVISION

 12
             Comes now, Fitzpatrick; Michael George, who wishes to know if in some manner or
 13   form both the prosecutor in my case and or the judge are representing me in any manner I
      am not aware of, terminate that presumed, alleged contract and or status. In other words, if
 14   you are acting on my behalf in any manner, such as appointing standby counsel when I did
      not request counsel to standby especially if that changes my status and or liability or
 15   declares me incompetent in some form, you are fired.
```

                                       1

 16

1      Furthermore, it is my demand to have Judge Burns recuse his self from these proceedings 28 USC section 455. Judge Burns refuses to grant me a fair trial by not

2      presuming me innocent by his actions. Judge Burns is allowing prosecution to continue without having to prove a foundational element of an alleged crime of both facts of

3      applicability of the codes to me and facts I believed the codes apply to me. Judge Burns assumes the prosecutor's burden on jurisdiction and proceedings entirely on testimony of

4      unqualified witnesses.

## Remedy Sought

For Judge Burns to recuse himself from this case immediately.

Respectfully Submitted,

*[signature]*

MICHAEL GEORGE FITZPATRICK,

## Certificate of Service

This is to certify that a true and correct copy of the foregoing has been mailed this 19th day of December 2012, to the court who will notify the plaintiff.

WENDY J. OLSON, UNITED STATES ATTORNEY

TRACI J. WHELAN, ASSISTANT UNITED STATES ATTORNEY

LORI HENDRICKSON, DEPARTMENT OF JUSTICE, TAX DIVISION

CHRISTOPHER P. O'DONNELL, DOJ, TAX DIVISION