U.S. COURTS
JAN 02 2013
Rcvd_____ Filed____ Time 8:30
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

1  Fitzpatrick; Michael George
   217 Cedar St. #118
2  Sandpoint, Idaho
   C/o-Non Domestic

3

4              UNITED STATES DISTRICT COURT
                   DISTRICT OF IDAHO
5

   UNITED STATES OF AMERICA,          )
6                                      )
           Alleged Plaintiff,          )   2:-10-CR-0089-N-LAB
7                                      )   Objection to Governments Opposition
       vs.                             )   Judicial Notice
8                                      )   Notice of Cross Complaint
   MICHAEL GEORGE FITZPATRICK,         )
9                                      )
           Alleged Defendant.          )
10 _____  )

   TO:  WENDY J. OLSON, UNITED STATES ATTORNEY
11      TRACI J. WHELAN, ASSISTANT UNITED STATES ATTORNEY
        LORI HENDRICKSON, DEPARTMENT OF JUSTICE, TAX DIVISION

12

        Comes now Fitzpatrick; Michael George, who objects to Ms.
13
   Hendrickson's opposition to extend the trial date. Ms. Hendrickson has a

14 discovery request in motion sent to her requesting detailing every exhibit,

   document, photo, record, item and person what each item is and what she
15

                                    1
16

1  intends to prove factually with those items and people. Ms. Hendrickson
2  communicated to me it takes an additional 7 days to receive mail items at her
   office.
3

4  I am filing a cross complaint additionally with regards to Ms. Hendrickson's
   breach of duties and injuries to myself and my family due to her malicious
5  prosecution.

6

   Ms. Hendrickson is clearly showing by her recent motion in limine she intends
7  to abusively limit my chance to defend myself. I demand this court to take
8  judicial notice of this misconduct and issue sanctions accordingly.

9
   The fact that Ms. Hendrickson refuses to provide facts of applicability means
10 the alleged plaintiff has no standing. Warth v. Seldin, 422 U. S. 490 (1975).
   There are no facts there is an injured party. The declaration that there is a real
11 party in interest doesn't make one so. Ms. Hendrickson also refuses to put my
12 accuser on the witness list for me to cross examine and won't tell me who they
   are. There must be facts to show injury or breach. The court must dismiss this
13 case on these facts also.
14

15

16

## Remedy Sought

Have the court dismiss this case with prejudice immediately.

Respectfully Submitted,

Fitzpatrick; Michael George

## Certificate of Service

This is to certify that a true and correct copy of the foregoing has been mailed this 27th day of December 2012, to the court who will notify the plaintiff.

WENDY J. OLSON, UNITED STATES ATTORNEY

TRACI J. WHELAN, ASSISTANT UNITED STATES ATTORNEY

LORI HENDRICKSON, DEPARTMENT OF JUSTICE, TAX DIVISION

CHRISTOPHER P. O'DONNELL, DEPARTMENT OF JUSTICE, TAX DIVISION