```
 1  Fitzpatrick; Michael, George
    217 Cedar St. #118
 2  Sandpoint, Idaho
    C/o-Non Domestic
 3
```

U.S. COURTS
JAN 0 2 2013
Rcvd_____Filed_____Time 8:30
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

```
 4               UNITED STATES DISTRICT COURT
                      DISTRICT OF IDAHO
 5
    UNITED STATES OF AMERICA,      )
 6                                 )
            Alleged Plaintiff,     )   2:-10-CR-0089-N-LAB
 7                                 )   Notice of Request for Foundation Evidence
       vs.                         )   and Clarification of Charges
 8                                 )
    MICHAEL GEORGE FITZPATRICK,    )
 9                                 )
            Alleged Defendant.     )
10  _____)
    TO:  WENDY J. OLSON, UNITED STATES ATTORNEY
11       TRACI J. WHELAN, ASSISTANT UNITED STATES ATTORNEY
         LORI HENDRICKSON, DEPARTMENT OF JUSTICE, TAX DIVISION
12

    Definitions of terms in this Notice:
13
    Code means, for the purposes of this document: "Statute", "Regulation", "Law",
14  "Legislation", "Agreement", "Terms and Conditions" "Company or Corporate
    Policy", of any individual or group of individuals, corporate or living which can
15
```

1

`16`

be violated, breached, or offended.

Innocent means, "Not Guilty".

[Circular Reasoning means, "Logical Fallacy". E.g. "the code applies because it says so in the code"

Responsive Answer means yes or no, Clear, to the point, none circular, factual, relevant]

     Comes now, Fitzpatrick; Michael, George who compels the court to make the prosecutor provide facts not in evidence.

     1. I have requested that evidence be made available to me relating to this case that the Codes, referred to in the charges laid against me by Ms. Hendrickson are factually applicable as I already have in pretrial, motions, objections, and in court. At the writing of this notice, no facts or evidence have yet been made available to me, only legal opinion.

     Facts or evidence that the codes are applicable will be an essential requirement for disclosure for the following reasons:

     A.    Evidence is essential to be presented to the court as evidence of Jurisdiction by the complaining party; an independent & impartial court of this type can only hear cases or controversy involving the violation of STATE or other commercial codes. Without any evidence of the applicability of the codes in the first place, there cannot factually exist a Plaintiff / Defendant relationship

or any other form of relationship, e.g. Principle/Agent, Employer / Employee, and failure to prove such a relationship would indicate Master / Slave.

    B.    To be presented to the defendant as proof of an essential element of the alleged crime; only when a code is proved applicable can the code be breached. No facts of applicability mean there cannot be breach. The prosecution knows her burden of proof and still chooses to ignore this fact.

    C.    The Burden of Proof of points A and B (by either preponderance of evidence or evidence beyond reasonable doubt) is on the Plaintiff and that includes all elements of the alleged crime.

    D.    The presumption of innocence in a true adversarial court system includes Jurisdiction and every single element of the crime.

    E.    I am not a lawyer or attorney.

    2. Similarly, I have not been fully informed to the nature of the complaint, and I have requested this in writing. Again, at the alleged arraignment, I was mistaken about understanding the charges and have corrected that mistake. My competence remains in effect. How could I even possibly allegedly "evade" a code I don't know exists or even understand?

    i.    I am hereby requesting evidence, as part of discovery, that the codes mentioned in the charges laid against me (that I have allegedly violated) are applicable for the five reasons outlined above.

    ii.    I am requesting written clarification of whether this complaint is in

1  the nature of a Tort or Contract Dispute.

2  Failing to respond in writing will show the alleged plaintiff has no standing and there are no facts in evidence by tacit procuration. Plaintiff will need to

3  explain why my FOIA has me misclassified as a Puerto Rican gun, tobacco, or

4  alcohol employee. I will rebut that alleged presumption as I am none of those things.

5  It is also clear to me Ms. Hendrickson wants to only address her position

6  on willfulness in order to skip past her requirement of burden of proof on the two elements of the alleged crime. Facts not in evidence are presumed to be

7  facts that do not exist. It appears this court is like an umpire letting one team

8  skip first base to get to home plate.

9  Failing to fulfill this evidence request and clarification may cause some or all the following; any proceedings to be VOID ab initio; causing severe

10  detriment upon me. In the light of this evidence and clarification not being available before the 8th January 2013 I request that the charges be withdrawn

11  with prejudice immediately.

12  Respectfully Submitted,

13  Fitzpatrick;  Michael George,

14

15

16

4

1  <u>Certificate of Service</u>

2   This is to certify that a true and correct copy of the foregoing has been mailed this 28th day of December 2012, to the court who will notify the

3   plaintiff.

4

5   WENDY J. OLSON, UNITED STATES ATTORNEY

    TRACI J. WHELAN, ASSISTANT UNITED STATES ATTORNEY

6   LORI HENDRICKSON, DEPARTMENT OF JUSTICE, TAX DIVISION

7   CHRISTOPHER P. O'DONNELL, DEPARTMENT OF JUSTICE, TAX DIVISION

8

9

10

11

12

13

14

15

16