U.S. COURTS
JAN 0 3 2013
Rcvd____Filed____Time____Mail
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

1 Fitzpatrick; Michael George
217 Cedar St. #118
2 Sandpoint, Idaho
C/O-Non Domestic

3

4            UNITED STATES DISTRICT COURT
                DISTRICT OF IDAHO

5

UNITED STATES OF AMERICA, )
6                             )
      Alleged Plaintiff,    )  2:-10-CR-0089-N-LAB
7                             )  Objection to False Claims
  vs.                         )
8                             )
MICHAEL GEORGE FITZPATRICK, )
9                             )
      Alleged Defendant.   )
10 _____)

TO:  WENDY J. OLSON, UNITED STATES ATTORNEY
11       TRACI J. WHELAN, ASSISTANT UNITED STATES ATTORNEY
      LORI HENDRICKSON, DEPARTMENT OF JUSTICE, TAX DIVISION

12

      Fitzpatrick; Michael George, who objects to Ms. Hendrickson's false
13
claims. The false claims of my identity, my capacity, her lack of standing, no

14 valid cause of action must cease immediately. The only reason I will show to

court next week is because she will send officers to my door to beat me, jail
15

                                  1

16

me, and drag me into court forcibly. Let me state clearly for the record, I do not consent to being a willing party to all of Ms. Hendrickson's false and phony allegations. I am participating in court proceedings against my will. I compel the court to have a show cause hearing on these items immediately. I have requested my IMF, individual master file again from the IRS. My last request for this document revealed an incorrect status for me. Since it was 10 years or more ago I do not recall the exact status it listed, but was in the nature of tobacco farming, something to do with either guns or alcohol for someone who worked in Puerto Rico. The file or status is false. This is another example of Ms. Hendrickson's bad faith malicious prosecution.

### Summary

Ms. Hendrickson is forcing me against my will to show up in court against my consent using threats of violence and false imprisonment. She makes false claims of status, identity, and capacity. 28 USC § 3002 defines the UNITED STATES as a corporation. I am not an employee or an officer of this corporation and its policies do not apply to me. Factually what is the "UNITED STATES"? Factually, what is the UNTED STATES OF AMERICA?

### Remedy Sought

Repent and sin no more. Release me from custody. Terminate all proceedings against me immediately.

2

Respectfully Submitted, *[signature]* (seal)

MICHAEL GEORGE FITZPATRICK,

Certificate of Service

This is to certify that a true and correct copy of the foregoing has been mailed this 19th day of January 2013, to the court who will notify the plaintiff.

WENDY J. OLSON, UNITED STATES ATTORNEY

TRACI J. WHELAN, ASSISTANT UNITED STATES ATTORNEY

LORI HENDRICKSON, DEPARTMENT OF JUSTICE, TAX DIVISION

CHRISTOPHER P. O'DONNELL, DEPARTMENT OF JUSTICE, TAX DIVISION