1  Fitzpatrick; Michael George
   217 Cedar St. #118
2  Sandpoint, Idaho
   C/o-Non Domestic

3

U.S COURTS
JAN 0 7 2013
Rcvd_____ Filed____ Time 1:16
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

4                UNITED STATES DISTRICT COURT
                       DISTRICT OF IDAHO
5

   UNITED STATES OF AMERICA,        )
6                                    )
          Alleged Plaintiff,         )   2:-10-CR-0089-N-LAB
7                                    )   Objection to Status
       vs.                           )   Statements of Facts
8                                    )   Declaration of Truth
   MICHAEL GEORGE FITZPATRICK,       )
9                                    )
          Alleged Defendant.         )
10 _____ )

   TO:  WENDY J. OLSON, UNITED STATES ATTORNEY
11      TRACI J. WHELAN, ASSISTANT UNITED STATES ATTORNEY
        LORI HENDRICKSON, DEPARTMENT OF JUSTICE, TAX DIVISION

12

        On September 2nd Ms. Hendrickson filed a consolidated response alleging
13
   facts not in evidence. Her untrue allegations were regarding jurisdiction and

14 status. Ms. Hendrickson alleges the constitution and codes are applicable due

   to the existence of the 16th amendment. Ms. Hendrickson further alleges that I
15

                                     1
16

am a 14th amendment citizen. Ms. Hendrickson continues her fictitious allegations asserting circular nonsense about definitions of persons and individuals, and more court cases that are not factual to this alleged case apply to me. Ms. Hendrickson also states that IRC (Internal Revenue Code) deals with companies and or corporations. Not only have I asked Ms. Hendrickson factually what is the United States? Factually what is the UNITED STATES OF AMERICA? What facts in evidence does Ms. Hendrickson that I am an employee or officer of those corporations and subject to any policies, codes, statutes or rules? Ms. Hendrickson further states the indictment is factual, yet has three different attorney's names on the document but only one signature that may not even be any of the three named attorneys. There is also no FOREPERSON who signed this document and no one has done so under penalty of perjury.

I have not seen any evidence that any facts exist that at the time of the complaint I am a 14th amendment citizen, that I am a US citizen, that I reside in Washington or Idaho, and that I am tis name: MICHAEL GEORGE FITZPATRICK, or Michael George Fitzpatrick, that I am a corporate or company employee, I believe no such evidence exists. Facts not seen are facts presumed not to exist. Ms. Hendrickson has had almost 10 years to produce one fact and has not, nor cannot.

1

2   There is no valid cause of action in place. There are no essential elements of
    an alleged crime in the form of applicability to me or facts showing I believed I
3   have a requirement to pay taxes.

4

    I am not a corporate entity or citizen. I am not a person as defined by the IRC.
5   There are no facts in evidence to have a trial. There are no facts in evidence
6   to support any claim or allegation. I am not a trustee.

7
## Summary

8   Ms. Hendrickson is maliciously prosecuting me without necessary facts in evidence to do so.
    The alleged plaintiff has no claim. There is no injured party. Ms. Hendrickson cannot attempt
9   to prove willfulness while ignore proving the applicability first as an element of an alleged
10  crime. Willfulness cannot apply until applicability is proven first.

11
## Remedy Sought

12

13  Terminate the proceedings on Monday January 7th permanently. Release me from custody
    permanently. Repent and sin no more. Stop breaking Gods Commandments.

14

15

16

Respectfully Submitted,

(seal)

MICHAEL GEORGE FITZPATRICK

Certificate of Service

This is to certify that a true and correct copy of the foregoing has been mailed this 7th day of January 2013, to the court who will notify the plaintiff.

WENDY J. OLSON, UNITED STATES ATTORNEY

TRACI J. WHELAN, ASSISTANT UNITED STATES ATTORNEY

LORI HENDRICKSON, DEPARTMENT OF JUSTICE, TAX DIVISION

CHRISTOPHER P. O'DONNELL, DEPARTMENT OF JUSTICE, TAX DIVISION

4