**JURY TRIAL --Day 2**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

| Judge: Larry Alan Burns | Date: 1/9/13 |
|---|---|
| Case No. 2:10-CR-00089-LAB-1 | Deputy Clerk: Lynette Parson |
| Time: 9:05-10:35 (10:35-10:55 recess)  10:55-12:02 (lunch 12:02-1:02)  1:00-2:45 (recess 2:45-3:00)  3:00-5:05 | Court Reporter: Amy Wilkins |

**USA v. Michael George Fitzpatrick**

Counsel for Plaintiff:   Lori Hendrickson, US Dept. Of Justice Tax Division
            Christopher O'Donnell, US Dept. Of Justice Tax Division
            Jerad Gross IRS agent

Counsel for Defendant: none - PRO SE, Colin George as standby counsel

| WITNESSES:  Special Agent Eric Mooshegian (Gov. Witness) | EXHIBITS:  Def. Ex. A (3 pages) marked/admitted  Def. Ex. B (5 pages) marked/admitted |
|---|---|
| Dr. Thomas Helvey, DDS | 5-2 |
| Catherine Dullea | 14-1 |
| Jacqueline Fuqua | 13-1 |
| Carolyn Jorgensen | 17-1 thru 17-8 |
| Bill Bailey | 4-2, 18-7 (pg. 21) |
| Harold Goodan | 30-2 |
| Karl Bessey | 41-1 |
| Kristy Morgan | 1-1, 1-9, 1-13, 1-16, 1-17, 1-18, 1-20, 1-23, 1-24, 1-25, 1-27, 1-28, 1-29, 1-30, 1-31, 1-32, 1-33, 1-35, 1-37, 1-39, 1-40, 1-34, 1-36, 1-38 |
| Maureen Mitchell | 11-1, 11-2 (all remaining pages), 11-3 |
| Jordan Colburn | 29-2 |
| William Stephen Luttrell | 39-1 |
| Christopher Policelli | 35-2 |

| Douglas Middleton | 28-2 |
| --- | --- |
| Richard Maurer | |
| Donald Hinxman | |
| Bill Clatworthy | 8-2 |
| Agent Sherman Burger | 23-1 thru 23-29 |

**Additional Exhibits admitted under certification rule:**
3-1, 3-2, 9-1, 9-2, 9-3, 15-1 thru 15-6, 18-1 thru 18-8, 19-1 thru 19-6, 20-1 thru 20-3, 21-1, 21-2, 22-1 thru 22-4, 24-1, 24-2, 25-1 thru 25-3, 37-1 thru 37-4, 6-1, 6-2, 38-1, 38-2, 40-1, 40-2, 42-1 and 42-2.

**Outside the presence of the jury:**
9:00-9:07 waiting for late juror; def. Discussed exhibits he would like to enter.
10:35-10:50 clarification of ruling on objection/ also discussion re: certified records to be entered under rule 902.
4:45-5:05 discussions re: proposed jury instructions/ changes to them / Def objected to some of the instructions, will have time tomorrow to object and explain to the judge why they should not be given to the jury.

The court recessed at 5:05 p.m. and will reconvene 1/10/13 at 9:00 a.m.