# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-CR-00089-LAB-1 |
| vs. | JURY VERDICT |
| MICHAEL GEORGE FITZPATRICK | |

We, the jury empaneled in the above-entitled action, unanimously find as follows:

### Count One
Evasion of Income Tax for the 2003 Tax Year
In Violation of 26 U.S.C. §7201

The defendant Michael George Fitzpatrick ___Guilty___

### Count Two
Evasion of Income Tax for the 2004 Tax Year
In Violation of 26 U.S.C. §7201

The defendant, Michael George Fitzpatrick ___Guilty___