U.S COURTS

JAN 1 1 2013

Rcvd_____Filed_____Time 9:05 an
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

1  Fitzpatrick; Michael George, Sole executor for the person:
   MICHAEL GEORGE FITZPATRICK
2  217 Cedar St. #118
   Sandpoint, Idaho
3  C/o-Non Domestic

4

UNITED STATES DISTRICT COURT

5                   DISTRICT OF IDAHO

6  UNITED STATES OF AMERICA,           )
                                       )
7           Alleged Plaintiff,         )   2:-10-CR-0089-N-LAB
                                       )   Notice of Amended Status
8      vs.                             )   Declaration of Truth
                                       )
9  MICHAEL GEORGE FITZPATRICK,         )
                                       )
10         Alleged Defendant.          )
                                       )
   _____

11 TO:  WENDY J. OLSON, UNITED STATES ATTORNEY
        TRACI J. WHELAN, ASSISTANT UNITED STATES ATTORNEY
12      LORI HENDRICKSON, DEPARTMENT OF JUSTICE, TAX DIVISION

13      The living man who is most often called Michael, sometimes called "dad",

14 "honey", "son", "business partner", and many more personas, who insists also

   to be recognized as Michael for any and all matters concerning the person and
15

                                        1
16

1 or corporation known as MICHAEL GEORGE FITZPATRICK. The living man, Michael, sometimes known as Michael George Fitzpatrick is the sole executive administrator for the person MICHAEL GEORGE FITZPATRICK. This court has recognized the living man as the person and needs to correct it's recognition of this matter immediately. If any charges were made to the living man who is here to address matters for the person, not as the person, need to be corrected immediately. Including home monitoring or and custodial contracts or charges.

## Summary

The Idaho District Court has been recognizing a person, and or corporation known as MICHAEL GEORGE FITZPATRICK, as the man who is sometimes called Michael George Fitzpatrick and mistaken the man as the person in its commercial affairs and more. This status needs to be corrected immediately. The man who is sometimes called Michael Fitzpatrick is the sole executive authority for the person MICHAEL GEORGE FITZPATRICK. This court ordered a standby counsel to represent the person and needs to withdraw that order immediately.

## Remedy Sought

Please correct all communications to the man as the executive administrator not as the person. Please remove all monitoring devices to the man immediately and cancel any contracts presumed or real.

1  Respectfully Submitted, *[signature]*

2  Fitzpatrick; Michael George, executive administrator for the person

                                                                            (seal)

3

4  MICHAEL GEORGE FITZPATRICK

                        <u>Certificate of Service</u>

5

6  This is to certify that a true and correct copy of the foregoing has been mailed

   this 19th day of January 11th, 2013, to the court who will notify the plaintiff.

7

8  WENDY J. OLSON, UNITED STATES ATTORNEY

   TRACI J. WHELAN, ASSISTANT UNITED STATES ATTORNEY

9  LORI HENDRICKSON, DEPARTMENT OF JUSTICE, TAX DIVISION

10 CHRISTOPHER P. O'DONNELL, DEPARTMENT OF JUSTICE, TAX DIVISION

11

12

13

14

15

16

## Declaration of Truth

The man sometimes known as Michael George Fitzpatrick, Michael, dad, and other names declares he acts as the sole executive administrator the person and or corporation known as MICHAEL GEORGE FITZPATRICK has amended both parties status to the District Court of Idaho on this date of 1/11/2013.

Respectfully submitted,

*[signature]* (seal)

Michael George Fitzpatrick, the living man.

Witnesses;

*[signature]*   *[signature: Walter Alla Thoy]*