FitzPatrick, Michael, Sui Juris
Executive Administrator for
MICHAEL GEORGE FITZPATRICK
17 Cedar St. #118
Sandpoint, Idaho
/o-Non-Domestic

UNITED STATES DISTRICT FOR THE
DISTRICT OF IDAHO

| UNITED STATES OF AMERICA | Case No. 10-0089-N-EJL |
|---|---|
| Plaintiff | Objection to Prosecutors |
| v. | Motion to Dismiss Response |
| MICHAEL GEORGE FITZPATRICK | |
| Alleged Defendant | Demand for benefits of the Writ of Habeus Corpus |
| WENDY J. OLSON | |
| TRACI J. WHELAN | |
| LORI A. HENDRICKSON | |

Comes now, FitzPatrick, Michael, Sui Juris and executive administrator for the legal person MICHAEL GEORGE FITZPATRICK.

The alleged defendant and wrongfully imprisoned man who is also defrauded, kidnapped, defrauded on the court by the court, judge did not follow a statutory procedure, unlawful activity of a judge, violation of due process, the statute is vague, judge refused to disclose his oath of office and is a trespasser upon the court. Ms. Hendrickson alleges jurisdiction, but offers no facts in evidence nor applicability of jurisdiction nor valid subject matter jurisdiction. I would remind the court the prosecution has the burden of proof for thi

2

case. Not only did Judge Lodge declare 27 of 28 witnesses incompetent, Ms. Hendrickson objected to her own witnesses testifying and impeaching her own witnesses. Thus, the prosecution lacked authenticated evidence through testimony. The manor woman who produced the original assessment was not disclosed thus denying me the ability to cross examine my accuser. Judge Burns held a pretrial conference Monday January 7th, and implied a serious threat to me if I used the same defense in my last trial Sept. 2012. He forbid me to ask each witness about the elements of an alleged crime of applicability. Judge Burns lied stating on the record applicability is not an element of any alleged crime. This cant forbid my access to both the court and due process. In doing so the court has lost jurisdiction. Any judgment the court issues is void. Wahl v. Round Valley Bank 38 Az, 411, 300 P. 955 (1931), Tube City Mining & Milling Co. v. Otterson, 16 Ariz. 305, 146 p. 203 (1914) and Millken v. Meyer, 311 U.S. 457, 61 S. CT. 339, 85 L. Ed. 2d 278 (1940). The fraud upon the court is unacceptable, re Village of Willowbrook, 37 Ill. 118, 122 (1930). Judge Burns did not follow statutory procedure, Armstrong v. Obucino, 300 Ill 140, 143 (1921). By the code of Judicial Conduct, Judge Burns denials of due process refusal to show his required oath, are all unlawful activity and grounds for both recusal

and dismissal. In addition to the violation of due process, Johnson v. Zerbst, 304 U.S. 458, 58 S Ct. 1019; Pure Oil Co. v. City of Northlake, 10 Ill. 2d 241, 245, 140 N.E. 2d 289 (1956); Halberg v. Goldblatt Bros., 363 Ill 25 (1936) the court also exceeded it's statutory alleged authority. Rosenstiel v. Rosenstiel, 278 F. Supp. 794 (S.D.N.Y 1967)

The alleged statute is vague in both applicability and understanding. People v. Williams, 638 N.E. 2d 207 (1st Dist. (1994)

The laws that cover Judge Burns's refusal to comply with the demand to see his oath may be found at 5 U.S.C. 3331, 28 U.S.C.

Ms. Hendrickson testified during the first pretrial conference in Sept. 2012 that she would bring to the trial facts in evidence to the trial that the alleged codes are/were applicable to me as well as facts that I believed I had a tax liability. She did neither. Not only has Ms. Hendrickson tried to testify during my trials, she has both lied and perjured herself many times. The court must issue criminal and civil sanctions.

Both the court and prosecutor have ignored my requests with regards to a valid claim and a real party interest. Ms. Hendrickson refused several times to disclose her agent principal relationship.



She is before the court under false pretenses and lacks capacity between the parties. ~~Facts~~ Not shown are presumed not to exist. Not once has the prosecutor shown applicability the codes apply to me, as she promised to do so. She used incompetent witness testimony. She lacks standing. When asked who the injured party is or was, none have been brought forth. I have alleged on the record the UNITED STATES OF AMERICA is a corporation with no rebuttal of such fact. Neither the alleged plaintiff nor Ms. Hendrickson has iterated any of the three requirements the United States Supreme Court has ruled as an irreducible constitutional minimum of standing. The plaintiff <u>MUST</u> demonstrate an injury of the alleged plaintiff that is an injury in fact, which is "concrete," "distinct and palpable," and actual or imminent. She must then establish a connection to the alleged injured plaintiff and myself through conduct. Finally, the allegations of the injury must be resolved through the requested relief. Vermont Agency of Natural Resources v. United States ex rel. Stevens, 529 U.S. 765, 771, 146 L.Ed. 2d 836, 120 S. Ct. 1858 (2000), Whitmore v. Arkansas, 495 U.S. 149, 155, 109 L.Ed. 2d 135, 110 S. Ct. 1717 (1990). Article III of the Constitution limits "judicial power" to the resolution

of cases and controversies.

This case is void on its face. District Courts lacks discretion to refuse to vacate a void judgment. Orner v. Shalala, 30 F.3d 1307 (1994)

The court disregarded the elemental fact of applicability. The court allowed impeached incompetant witnesses testimony. Agent Sherman Burges perjured himself stating it would take him "two hours of the courts time" to show the jury the actual law that allegedly requires me to pay income taxes. We found the statute he alleged requires me to obey to pay taxes in 2-3 minutes for the jury

Ms. Hendrickson failed then, now to show the court subject matter and personal jurisdiction. She alleges the Constitution of the United States is where the source power over me derives from. She does NOT list the Constitution for the United States of America which is the original organic law the governs the Northwest Territory which is where I am inhabited. Since my "rights" are inherent and come from God, and the constitution mentioned restricts government and I am not an employee nor a federal person, those laws do not apply to me. Ms. Hendrickson alleges in her memorandums I am a 14th ammendment "citizen." There are no facts in evidence I am



such war and a "person" by Sherman Burger's definition, as well as Blacks Law Dictionary. The alleged crime states, "when a person is required to file" etc. What is the statute that requires me to file or "make" a return? What makes me a person by Blacks Laws Definition? If the Supreme Court has cases arguing definitions, how does that apply to me?

Mr. Burger and Ms. Hendrickson believe a birth certificate makes me a corporate citizen. There is no one with first hand personal knowledge of my birth relative to a certification process. The facts are, the federal territory of the United States authority is limited to ten miles square around Washington D.C., under the Constitution for the United States of America written in 1787 Article I section 8.

The same authority grants me the benefits of Habeus Corpus. Send me the form or instructions for Habeus Corpus this court accepts immediately.

Does this court and government hold the truths self-evident that all men are created equal, that we are endowed by our Creator with Rights that cannot be lien ed? Does this court understand I do not consent to their violence, fraud, violation of due process, kidnapping, false imprisonment, and



more that the domestic terrorists must cease and desist immediately and release me and dismiss all charges permanently.

Not ONE person, man, or woman has ever sworn the required oath, "to support this constitution," as required in Article VI of the Constitution! Your alleged authority is limited to a 10 square mile territory, that I do not inhabit, nor ever have. I do not consent to be governed by you either. Because no president has ever taken the required oath under Article VI that office is empty, making all your laws both color of law and vain attempts to usurp Mankind, and illegal.

Article I Section 7 Clause 3 tells us the President is a legislative Officer. The President of the Constitution (that not one President has sworn an oath to support) is not given legislative duties.

This court is not a court of complete and competent jurisdiction, and all judgments must be voided immediately.

### Summary

Both the court and the prosecution have clearly broken the law, and acted outside

their authority. The court and prosecutor team have wrongfully imprisoned me, (who is NOT the alleged defendant) and must release me immediately. Returning a bogus indictment does NOT establish any alleged jurisdiction. The document was not original, was not signed by complaining parties, and had no foreperson signature creating a lawful document. This court must stop using color of law.

## Remedy Sought

Immediate release from custody. Cease and desist all unlawful actions against me. Issue a document releasing me from all alleged income taxes permanently. Repent and sin no more. Send habeus corpus instructions immediate to release the body.

## Certificate of Service

Lori A. Hendrickson U.S. Attorney DOJ Tax Division
Court will notify you electronically.