Fitzpatrick, Michael, Sui Juris
c/o BCDC # 300
4001 N. Boyer St.
Sandpoint, Idaho
c/o non-domestic

①
U.S COURTS
FEB 28 2013
Rcvd____Filed____Time 2:00 pm
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-0089 LAB |
| Alleged Plaintiff, | Special Appearance Notice |
| v. | Demand to Dismiss for Improper Indictment |
| MICHAEL GEORGE FITZPATRICK, | 2nd request to review court "record" |
| Defendant in Error | |

COMES NOW, Fitzpatrick, Michael, Sui Juris, expressly Not a citizen of the United States ("federal citizen"), and alleged Defendant in the above entitled matter, to move this honorable Court to dismiss the instant case with prejudice, due to improper indictment on which the instant case is premised, and to provide 2nd formal Notice to all interested party(s) of same.

This honorable Court will please take formal judicial Notice of the fact that the alleged Defendant is not a bar-licensed attorney, and has not had the advantage of a formal education in an accredited law school. For this reason, Defendant in error, must learn and digest the particulars of law and procedure independently, as time permits.

28 USC 1691 "Seal and teste process" states: "All writs and process issuing from a court of the United States shall be

under the seal of the court and signed by the clerk thereof." During the pretrial Hearing Monday, January 7th, I asked Larry Burns for his Oath of Office proving he is able to adjudicate on the matter, to which he refused without facts, findings, nor conclusions of law. Upon challenging the defective indictment as well as requesting to inspect the original charge, Mr. Burns assured me on the record he would produce these required documents that enabled the court to hear the alleged matter. In order for there to be in personam jurisdiction, there must be a valid service of process. Attwell v. LaSalle National Bank, 607 F.2d 1157 (5th Cir, 1979).

There must be compliance with terms of rule governing service of process and, absent waiver, incomplete or improper service will lead court to dismiss the action. Gibbs v. Hawaiian Eugenia Corp., 581 F. Supp. 1269 (S.D.N.Y. 1984) ~~[scribbled out]~~. Without personal service of process in accordance with rule (4), or the law of the State in which the suit is filed, a federal district court is without jurisdiction to render a personal judgment against a defendant. Royal Lace Paper Works, Inc. v. Pest-Guard Products, Inc., 240 F.2d 814 (5th Cir, 1957)

⑤

~~Remedy to Rise to be in person in Fundamental~~

Note well, that the failure to satisfy 28 U.S.C. 1691 deprives the Court of jurisdiction and, without jurisdiction, the prosecutor and "judges" are personally liable to all Parties for all consequential damages e.g., fraud, fraud upon the court by the court, kidnapping, false imprisonment, more. See Stump v. Sparkman; 18 U.S.C. 1962 (racketeering).

This filing is declared true and correct.

## SUMMARY

Lori Hendrickson filed and or "returned" a bogus alleged "indictment" to decieve both the public and myself. This defective instrument does NOT grant the non Article III Court which is also inferior and private in nature and ineligable to conduct real matters of law. The past two trials and alleged cases are void on their face. Larry Alan Burns is not proven to be a valid Judge.

## Remedy Sought

End this nonsense immediately by releasing falsely imprisoned man, sui juris, michael george, BCDC #300. Repent and sin no more! Stop lying.

## Certificate of Service

Clerk of the Court will notify all parties electronically.