Fitzpatrick, Michael George, Sui Juris
C/O BCDC #300
4001 N. Boyer
Sandpoint, Idaho
C/O non-domestic
8 pages

U.S. COURTS

MAR 0 1 2013

Rcvd_____ Filed Q8 Time 3:00
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-0089 LAB |
| Alleged Plaintiff, | Objection to Government's Sentencing Scheduling |
| v. | Status Complaint, 2nd Notice and Demand |
| MICHAEL GEORGE FITZPATRICK, | Objection to Order Denials |
| Defendant in Error | Notice of Missing Credentials Objection to denial of transcripts |

Comes now, a man named "Michael", Sui Juris, NOT "pro se", who objects to Mr. Burns (A.K.A. "Judge" Larry Burns) order denying post-trial motions. The court admits it granted indigent status already, as noticed by the issuance of the transcripts from the first trial, which WAS done so under a motion of indigent status. I would remind the court for the record, since the target letter I received under both threats and duress from Agent "Hardaway" I have been totally compliant in all matters of appearance to all court requests. I further remind the court, I was already assessed NOT to be a flight risk by the U.S. Marshalls office. I add the pre trial sentencing forms filled out show I am not only penniless, indebted well over tens of thousands of dollars with credit card and

medical bills we cannot pay. If not for my neighbors
generosity we would be homeless living on the street.
The prosecutor knows we lost our home in 2009.
She also knows there is a court case against Derek
Elliott and James Cutledge who stole approximately
$170 million dollars from its investors, of which
I was the largest. Lori Hendrickson lies on the
record continually about alleged "offshore" monies
which do not exist, with zero facts in evidence
supporting these lying allegations of perjury.

  Mr. Burns failed to produce his mandatory oath
on and for the record without and findings, facts,
nor conclusions in law, which he is required to do so.

  I demand this court take mandatory Judicial
Notice and Demand for Exhibition of Missing
Credentials, in 30 days hence of reciept of this
notice for Larry Alan Burns, March 28th, 2013.

  Your continued silence will activate estoppel
pursuant to Carmine v. Bowen, and constitute fraud
U.S. v. Tweel.

  Section 6067 of the California Business and Professional
Code reads as follows:

  Every person on his admission shall take an oath to
support the Constitution of the United States and the State
of California, and faithfully discharge the duties of any attorney
at law to the best of his knowledge and ability. A certificate



of the oath shall be endorsed upon his license. In addition,
I demand the following documents:

1. Proper Presidential Commission signed by the President of
the United States of America and counter signed by the
U.S. Attorney General for Larry Alan Burns as currently
seated on the U.S. District Court of Southern California,
as required by 5 U.S.C. sections 2104 & 2902.

2. Proper OPM Form 61 Appointment Affidavit signed by
Larry Alan Burns as required by 5 U.S.C. sections 3331 & 2906.

3. Proper Oath of Office for U.S. Judges signed by Larry
Alan Burns as required by 28 U.S.C. section 453 and,

4. Proper Senate Confirmation of Larry Alan Burns,
as required by the Appointment Clause in the Constitution
for the United States of America, as lawfully ammended.

For the record, there are several facts in evidence
Larry Alan Burns refuses to recuse himself. He
showed us his bias towards me and did not
presume me innocent at the pretrial conference.
By threatening me if I asked each witness
what facts in evidence do their testimonies
provide. that the codes are/were applicable
to me is/was not only prejudicial, he denied
me cross examination right from the start.
How is "applicability" of every, any alleged
crime NOT an element? He continued
protecting the prosecutor from burden of



proof she still has not fulfilled. Larry Alan Burns the alleged indictment was as well another allegation, not a fact in evidence. "The return of an indictment" does not grant jurisdiction when the indictment is defective! Does Larry Alan Burns have a history of lying? Court Cases 07CV1425LAB, 09CV1478LAB, 10CV1307LAB, 2:10-0089LAB, suggest his ethics or lack thereof and actions are beyond questionable and not fitting to adjudicate on matters such as mine that has already destroyed a family and affected countless lives. Larry Alan Burns is under investigation for actions such as sending armed tactical forces to a pro se litigant's couples home armed and dressed in combat uniforms banging on their home for 30 minutes shouting to allegedly question them about a website, really?

Research shows us in August 2012, Larry Burns knew this couple had sent a letter to congressman Duncan Hunter before he sent Marshall's to his home. Larry Burns is presently under investigation by the Chief Justice of the Ninth Circuit, for lies and unjust rulings, and retaliatory behavior.

Larry Alan Burns is directed by Federal Rules to base his rulings only, on briefs and motions submitted



to the court. He has blatantly and repeatedly violated this mandate.

My objection to get the transcripts needs to be sustained to show on the record, Larry Burns repeatedly was asked for findings, facts, and conclusions in law for his rulings, to which he subtlely reminded me of his "Monday conversation" which was a threat and not once in 3 days of trial discussed these items in front of the jury, nor adhered to his judicial duties or alleged oath.

In the case 09CV1478, he also failed to recuse himself. Federal rules tell us Larry Alan Burns's bias he shows in my case is grounds and automatic necessity to recuse. Larry Burns brought up in the pretrial hearing almost whining," how could I motion for recusal, when I did not even "know him"?" His allowance of over 20 witnesses that were objected to by me were grounds as this court already declared ALL of those witnesses incompetant by both to prosecutors, and sustained by Judge Lodge. This fact alone makes another case that the alleged trial is void on its face.

On and for the record, alleged "Judge" Larry Alan Burns is fired. This means I object to



Larry Alan Burns sitting on this case in any manner and the prosecutions motion to have one "Judge" rule at the proposed May 13th sentencing hearing.

I object to Lori Hendrickson falsely testifying on the record again! Page one line 28 and page two line one states the witnesses and issues were practically identical? The fact Larry Alan Burns threatened me Monday Jan, 7th, 2013 shows just how wrong she is and demands issuance of the transcripts! Later that ~~same~~ next sentence on the same line tell us I "may" be entitled to the transcripts! I am for my appeal, as the record states.

This court alleges on page 3 line 12 my "aim" is or was to use the trial as an alleged forum for protest? I object to this lie and demand an apology and redaction of such foolishness and maliciousness.

This court is sadly doing a great job by itself showing how corrupt our system is. How blatant alleged authorities use violence to abuse and control men and women of this great country. How sick this private company called the "Bar Association" manipulates people's lives such as my self. I pity those who pretend to have



honor who use and support prosecutors who are devoid of integrity and justice. Let's use this forum for truth and freedom, the original foundation these people who escaped the tyranny of its oppressors who now use their own private systems, languages, and rules backed guns and violence.

It is not my goal or purpose to expose the frauds of private and foreign owned corporations such as the I.R.S., the Federal Reserve Bank, or the Bar Association. It is my goal to return my freedom this court has taken without my consent and without obeying the laws and rules.

This court and prosecution have not and can NOT show how the alleged tax codes are applicable to me or that I believed I had a tax liability.

My request for a copy of the record is not premature, it is necessary for me to view immediately and verify what is on it, or what is not. The fact this court is hiding it from me using terms like "premature" then denying me speaks for itself. I object and demand my copy of the alleged record that a qualified valid Judge will read.

⑧

Due to the length of this objection, I will continue this list of denial objections in the next memorandum.

## SUMMARY

The court has already admitted the indigent status of the defendant in error. I demand the issuance of the court transcripts.

Larry Alan Burns is required by law to submit his Oath of Office. Thus far he is not qualified to make judgment. His missing credentials and evidence of misconduct is grounds for his recusal, along with helping the prosecution avoid her responsibility of proof. Her burden of proof has NOT been met to prove applicability of how the codes apply to me.

## Remedy Sought

Seek wisdom and guidance from God. Repent and sin no more. Stop lying. Release me immediately.

## Certificate of Service

Lori A. Hendrickson,   US Attorney DOJ Tax Division
Clerk of Court will notify electronically.

Mike Fitzpatrick, Sui Juris