Fitzpatrick, Michael, Sui Juris
c/o BCDC #300
4001 N. Boyer
Sandpoint, Idaho
c/o non-domestic
6 pages

Case 2:10-cr-00089-LAB Document 187 Filed 03/06/13 Page 1 of 6

U.S. COURTS
MAR 06 2013
Rcvd____ Filed____ Time____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

(1)

# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 2:10-0089-N-LAB |
| Alleged Plaintiff, | ) Objections to Court Denials |
| v. | ) and Lies |
| MICHAEL GEORGE FITZPATRICK, | ) Missing Credentials Notice |
| Defendant in Error, alleged Legal Person | ) Continued and Status Update, Notices |

Comes now, executive administrator, Fitzpatrick, Michael, Sui Juris, a non-corporate man, who objects to this Courts denials and lies.

For the record, the alleged defendant in error, asked the court a very simple question regarding a Writ of Habeas Corpus. This court has wrongfully misconstrued that request as a post-trial motion and a petition for relief. The request is, was simple. It is and was a question not of "legal advice," but of procedural direction. In addition to my request for the use of my personal computer, I have a copy of a Writ of Habeas Corpus the Court of Appeals has accepted and used in favor of the defendant that this court is obligated to allow me. Hence, I am asking now for the second time, for procedural assistance on acceptance by this court as its duty is prescribed by Article I Section IX of the



Constitution for the united states of America, the privilege of the Writ of Habeus Corpus shall not be suspended. This court may not ignore its duties.

I had located a webpage that espoused a comment by a clerk of the Appeals Court. She said one of 3,000 writs of Habeus Corpus are written "correctly". It is my right and your duty to inform me what is your acceptable form of said Writ.

Under the Ordinance of 1787, The Northwest Territories Act, article II, inhabitants of the said territory, (which I am) shall always be entitled to the benefits of the writs of habeus corpus. That I shall always be bailable, which this court has repeatedly violated and refused, there is no cause to refuse.

Please be advised I am seeking alleged judge Larry Burns requisite credentials he refused to disclose under the Freedom of Information Act, (FOIA). I believe a formal demand has been requested to do so by the end of this month, for your Oath of Office, and Appointment Affadavit. Thank you for your timely and professional consideration. Your silence will activate estoppel pursuant to Carmine v. Bowen and constitute fraud



pursuant to U.S. v. Tweel.

Please Notice Section 6067 of the California Business and Professions Code reads as follows:

Every person on his admission shall take an Oath to support the Constitution of the United States and the Constitution of California, and faithfully discharge the duties of any attorney at law to the best of his knowledge and ability. A certificate of the oath shall be endorsed upon his license.

Failure to provide this documentation will give probable cause to charge you with violating sections 6126 and 6128 of the California Business and Professions Code, (Both Misdemeanors). See also 4 U.S.C. 101 in pari materia with the Article VI, Clause 3 and the Supremacy Clause.

Larry Burns has stated on the record he would follow and or uphold Judge Lodge's rulings, yet denies the motion for the transcript request.

Larry Burns states that "applicability" is NOT an element of any alleged crime, yet for any and every ruling he makes refuses to disclose findings, facts, and conclusions in law, as is requisite. I object to the denial of the trial, and pretrial transcripts.

This court misalleges its rulings and responses which is either a matter of incompetence or prejudice.

Ms. Hendrickson alleges there is testimony of witness who are already declared legally incompetent by this court legally speaking. Mr. Burger also alleges as Ms. Hendrickson I am a "14th ammendment citizen" as "witnessed" by the incompetent non-legal expert witnesses. This shows not only Ms. Hendrickson's dishonesty, but the court's support of this felonious double standard. Mr. Burger states a copy of a birth certificate is proof of citizenship. Is he capable of making that determination? Of course not. Even I cannot prove my own birth! Being in possession of a piece of paper does not factually prove anything. No one in that court has or had first hand personal knowledge of my alleged birth. Shame on this court! I am trusting you all with much responsibility to use honesty that we pay for everything to run our country. Lying is simply inexcusable considering your positions. Mr. Burger lied to the court and jurors members when he said it would take "2 hours" to open a book to cite a code. Not a law, a code. Something only applicable to federal employees. This court lies trying to suggest my all caps name, a "legal

person", is me. Your alleged oath says you are to support me too, not lie, betray, and imprison me for questioning your alleged authority. Again, shame on you.

You say in writing you treated me civilly and with dignity, yet you bragged to the prosecution how quickly you can try a case while denying me cross examination, rebuttal, findings of facts or conclusions in law in front of the jury. My wife and friend were horrified that your boasting about the speed of the trial would allow you to make an early flight home you had booked already presuming me guilty. The fact is, you never did presume me innocent. The transcripts will also support this statement. Larry Alan Burns is not capable of impartiality in this case. The denial to show the record supports this. So do denial of transcripts as I am indigent, and the court knows it is against my faith to swear and put false gods before me.

This court shows prejudice when it labels my request as a "grouse". As a Board member of the World Naturopathic Health Organization for 5 years and graduate of the intensive dietician class for diabetics twice by the

⑥

World renown Endocrynologist Specialists at Virginia Mason Hospital and a type 1 diabetic in great health for 38 years, I am more than qualified to make judgment of inadequacy about the poor diet and lack of food quality being served a high profit in a federal holding facility. I never said anything about medibility, which infers another lie by this court and shows why Larry Alan Burns MUST recuse himself. A detailed objection is forth coming as to Lori Hendrickson's continued lack of subject matter jurisdiction, as well as detailed info about the insufficient alleged indictment.

### Summary

Larry Alan Burns continues to lie and inappropriately protect the prosecution from burden of proof, this must end. The alleged defendant in error is falsely imprisoned, kidnapped, defrauded, more.

### Remedy Sought

Stop lying. Start being honest. Repent, and sin no more. Release me immediately, I am not a flight risk.

### Certificate of Service

Clerk of the Court will notify all parties electronically.

Fitzpatrick, Michael
3/4/2013                                               sui Juris