Fitzpatrick
℅ BCDC #300
Sandpoint, Idaho
non domestic, without United States

C1
U.S. COURTS
MAR 26 2013
Rcvd____ Filed ₡₡ Time Mail 2:00pm
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Administrative Judicial Notice |
| Ficticious Plaintiff, | and Demands |
| V. | Deficiency Notice |
| MICHAEL GEORGE FITZPATRICK, | Deed Poll Notice |
| Alleged defendant in error | 10-CR-00089-LAB |

Comes now, Michael George, Sui Juris, Beneficiary, of the Fitzpatrick clan, correcting the record and putting Larry Alan Burns and Lori A. Hendrickson on administrative Notice.

If the clerk of the court is acting as the trustee for the Cestui Que Vie Trust and or the "Name", you are on notice as well.

All parties are not to presume, assume, pretend, transfer, and or assign any form of trusteeship, surety, or liability for any trust you created that may resemble a name associated w/ me, who is not me.

Any signature you have is to be recinded immediately with no consent granted to the court and or its officers. You do not have my consent to try me, incarcerate me, or label me surety or trustee of your created legal person individual creations.

Because Lori Hendrickson, the woman, who

in her public and private capacity created the constructive trust and holds the liability for such, must provide me remedy immediately.

The court record denied to me in the transcript form, by witnesses shows my appearance at court was by special appearance and not as a name, corporation, individual, or surety for any government creation, trust, or corporate entity.

If the clerk of the court is the trustee of the Cestui Que Vie (CQV) Trust, she must disclose who is the appointed Trustee of the Legal Person, ~~redacted~~ with the government created and issued alleged identification number XXX-XX-8217. This number is owned by the IMF.

Has the court clerk appointed alleged prosecutor, a fiction, known as Lori A. Hendrickson as the executor of the constructive trust? Is Larry Burns acting as a Judge, Administrator, Trustee (JAT)?

As the beneficiary, I authorize executor Lori A. Hendrickson, and Trustee Larry Alan Burns to dissolve this constructive trust associated with this alleged case.

I am claiming my body and thus

(3)

collapsing the CQV Trust which you have charged, as there is no value in it. In doing so, you all are committing fraud against all laws.

Both Larry and Lori, have been appointed titles which consist of trustee, and executor, respectively. ~~Both~~ These positions hold the liability of the charges against it.

Of course Larry knows he can "set off" any alleged debts, or he may go to jail as the responsible party brought by Lori.

It is my wish to have Larry take his place in jail immediately and Lori must release me also, immediately. As of now they both are in violation of their Ecclesiastic Canon Laws.

My perfected Deed Poll will be filed shortly, as this document was prepared in advance of my incarceration.

## SUMMARY

Larry Alan Burns is appointed as "Trustee" for this case, and assumes all liabilities of all charges. Lori Hendrickson brings this charge to this "alleged court," as it is not an Article III Court, nor is Larry Alan Burns an Article III as I Judge, required



by law to hear such cases. Lori maintain the position of Executor, who brought about the case and trust owned by the "STATE".

Lori holds the liability and therefor must provide said remedy.

Lori attempted to use the state created document called a "birth certificate" to identify a trustee, that offer was not accepted honorably, upon proof of claim a living man is a corporate fiction, or that I have any relationship to any state any where.

Under commercial law dating back to 2,100 B.C., the use of another's property without permission puts one into dishonor and make them liable for any debts.

My attendance at all court proceedings are under threat of duress and violence, and am currently falsely imprisoned, kidnapped, defrauded, and more crimes of felony and misdemeanor.

The executor, Lori A. Hendrickson, and Trustee Larry Alan Burns with assistance of their court clerk do not have permission by the beneficiary to engage in any commercial, and or Ecclesiastical nature with regards to me

(5)
or my body, my mind, and soul.

### Remedy Sought

Cease and desist all activity immediately.
Release the body, Corpus immediately.

Mike Fitzpatrick Sui Juris

*[signature]*

2/21/2013

### Certificate of Service

Clerk will notify all parties