# UNITED STATES DISTRICT COURT

# DISTRICT OF IDAHO

| UNITED STATES OF AMERICA , | CASE NO. CR 10-89-N-LAB |
|---|---|
| Plaintiff, | **ORDER DENYING PETITION FOR RELIEF UNDER 29 U.S.C. § 2255** |
| vs. | [Doc. #189] |
| MICHAEL GEORGE FITZPATRICK, | |
| Defendant. | |

The Court has received and reviewed the latest pleading filed by defendant Michael George Fitzpatrick on March 26, 2013. Much of it is unintelligible gibberish, but because it contains a demand that the defendant be immediately released from custody, the Court will construe the pleading as a petition for relief under 28 U.S.C. § 2255. So construed, the petition is **DENIED**. The defendant has presented no colorable grounds for relief.

**IT IS SO ORDERED**.

DATED: March 26, 2013

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge