FILED

SEP 06 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>MICHAEL GEORGE FITZPATRICK,<br><br>    Defendant - Appellant. | No. 13-30154<br><br>D.C. No. 10-CR-89-LAB<br>District of Idaho,<br>Boise<br><br>ORDER |

Before: TASHIMA, M. SMITH, and IKUTA, Circuit Judges

Michael George Fitzpatrick requested leave to represent himself on appeal. Fitzpatrick's request was referred to the Appellate Commissioner pursuant to Ninth Circuit General Order 6.3(e). The Appellate Commissioner filed a report and recommendation that the court deny Fitzpatrick's request for self-representation. The Appellate Commissioner allowed Fitzpatrick to file objections to the report and recommendation within 21 days. Fitzpatrick did not file pro se objections.

We adopt in full the Appellate Commissioner's report and recommendation. Fitzpatrick's request for self-representation is denied. No pro se motions by Fitzpatrick for reconsideration of the denial of self-representation shall be filed or entertained.

The Clerk shall change this court's docket to show that Federal Public Defender Colin George represents Fitzpatrick on appeal. Fitzpatrick's opening brief is due November 18, 2013. The government's answering brief is due December 18, 2013. Fitzpatrick's optional reply brief is due 14 days after service of the answering brief.

In addition to serving this order on the counsel of record, the Clerk shall serve the order on: Michael George Fitzpatrick, Reg. No. 14214-023, USP FLORENCE ADMAX, U.S. Penitentiary, P.O. Box 8500, Florence, CO 81226.